IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAX WANG, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-00158-ALM-CAN |
| SAFECO INSURANCE COMPANY OF INDIANA, SEAN SMITH, | § § § | |
| Defendants. | § § | |

### ORDER

Pending before the Court is Defendant Safeco Insurance Company of Indiana's ("Defendant") Motion to Strike Portions of Plaintiff's First Amended Complaint ("Motion to Strike") [Dkt. 12].  On May 10, 2017, Plaintiff Max Wang ("Plaintiff") filed his Second Amended Complaint [Dkt. 23], thus rendering Defendant's request to strike moot.  Accordingly,

It is therefore **ORDERED** that Defendant Safeco Insurance Company of Indiana's Motion to Strike Portions of Plaintiff's First Amended Complaint [Dkt. 12] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.
**SIGNED this 24th day of May, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE