# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MAX WANG | § | |
| | § | |
| v. | § | Civil Action No.  4:17-CV-158 |
| | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| SAFECO INSURANCE COMPANY OF | § | |
| INDIANA, SEAN SMITH | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 2, 2017, the report of the Magistrate Judge (Dkt. #27) was entered containing proposed findings of fact and recommendations that Plaintiff Max Wang's Motion to Remand (Dkt. #16) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Max Wang's Motion to Remand (Dkt. #16) is **DENIED**, and that Plaintiff's claims against non-diverse Defendant Sean F. Smith are dismissed without prejudice.

**IT IS SO ORDERED**.

SIGNED this 20th day of June, 2017.


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE