# Surekha, Pitchuka

| | |
|---|---|
| **From:** | Claims <claims@lgrenovations.net> |
| **Sent:** | Monday, December 5, 2016 12:28 PM |
| **To:** | claimdocs |
| **Subject:** | 722204136038 |
| **Attachments:** | Invoice 1060 - Wang, Max.pdf |

Attached is our final invoice for the roof repairs completed to date for the insured, Max Wang. Please take a moment to review and let me know if you have any questions or concerns.

Best Regards,



**Jude Montero**
Claims Adminstrator
o (972) 532-3676 x102
c (214) 478-5477
jmontero@lgrenovations.net
www.lgrenovations.net

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.



**LG Renovations**
9535 Forest Lane
Suite 220
Dallas, TX  75243

info@lgrenovations.net
http://www.lgrenovations.net/

# Invoice  1060

SAFECO 000172

---

**BILL TO**

Max Wang
3421 Melanie Lane
Plano, TX  75023

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 09/28/2016 | $28,773.63 | 10/28/2016 |

| **POLICY #** | **CLAIM #** | **PO #** | |
|---|---|---|---|
| 0Y6815000 | 722204136038 | LGR5127897681 | |

| **DATE** | **ACTIVITY** | | **AMOUNT** |
|---|---|---|---|
| 09/28/2016 | **30YR Laminate**<br>ATLAS Pristine Pinnacle / Sienna | | 28,773.63 |

Total is due upon completion of project.

If you have any questions about this invoice please feel free to contact us.

| | **TOTAL DUE** | **$28,773.63** |
|---|---|---|

(972) 532-3676

claims@lgrenovations.net

THANK YOU.

Make all checks payable to LG Renovations