IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MAX WANG | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-00158 |
| | § |
| SAFECO INS. CO. OF INDIANA | § |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held in this matter on December 11, 2017. The conference resulted in all parties agreeing to resolve this matter.

The Parties are in the process of finalizing the agreement and preparing the final settlement documents to be executed by all Parties and will be submitting final orders to the Court in the near future.

Signed this 11th day of December, 2017.

Provider information:

*Courtenay L. Bass*

Signature
Courtenay L. Bass
Gilbert Mediation Group
12001 N. Central Expy., Suite 650
Dallas, Tx 75243
214-303-4513

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the Mediator's Report was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on December 11, 2017.

*Courtenay L. Bass*
Courtenay L. Bass
Mediator

Clifford K. Nkeyasen, Esq.
Clifford K. Nkeyasen PLLC
P.O. Box 132111
Dallas, TX  75313
(214) 265-6535
F (214) 292-9494
nkeyasen@outlook.com

Jackson P. Mabry, Esq.
Tillman & Batchelor LLP
1320 Greenway Drive, Suite 830
Irving, TX  75038
(214) 492-5720
F (214) 492-5721
jackson.mabry@tb-llp.com