## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **MAX WANG,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:17-cv-00158** |
| | § | |
| **SAFECO INSURANCE COMPANY OF** | § | |
| **INDIANA,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER

In light of the filing of the mediation report indicating that Plaintiff Max Wang ("Plaintiff")

and Defendant Safeco Insurance Company of Indiana ("Defendant") (collectively, the "Parties")

have reached a settlement (*see* Dkt. 69), the Parties are **ORDERED** to submit to the Court all

papers necessary for the resolution of the claims between them no later than **January 12, 2018**.

If such papers are not received by the Court by the scheduled deadline, and if the parties

have not requested an extension of the deadline, the Court may order the parties to appear at a

hearing for the purpose of determining which party is responsible for the delay. Thereafter, the

Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS FURTHER ORDERED** that the hearing scheduled before the undersigned on

December 13, 2017, is **CANCELLED**.

**IT IS SO ORDERED.**

**SIGNED this 12th day of December, 2017.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE